**Affirmed and Memorandum Opinion filed April 18, 2023.**



In The

# Fourteenth Court of Appeals

NO. 14-22-00862-CV

**IN THE INTEREST OF W.Y.G.M. A/K/A W.G.G. AND J.N.G.-A. A/K/A J.A, CHILDREN**

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-79963**

**A N D**

NO. 14-22-00885-CV

**IN THE INTEREST OF J.D.G.G. A/K/A J.D.G. AND M.E.G.G. A/K/A M.E.G., CHILDREN**

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-18930**

# MEMORANDUM OPINION

Appellant, M.Y.G.M., appeals a final order of termination signed November 10, 2022, terminating her parental rights to the four children who are the subject of these suits.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811-13 (Tex. Crim. App. 1978). The *Anders* procedures apply to an appeal from the termination of parental rights when an appointed attorney concludes there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

On January 4, 2023, appellant was notified of the right to file a pro se response to the *Anders* brief. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329-30. More than thirty days have elapsed and, as of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state.

Accordingly, the trial court's final order is affirmed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.